1  Vanessa R. Waldref
   United States Attorney
2  Eastern District of Washington
   Caitlin Baunsgard
3  Benjamin Seal
   Assistant United States Attorneys
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone:  (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>                v.<br><br>ROBERT PATRICK HANRAHAN (a/k/a "Bubba"),<br><br>RIGOBERTO ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"),<br><br>FELIPE FELICIANO RAMIREZ (a/k/a "Casper"),<br><br>TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"),<br><br>JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"),<br><br>MARCO ANTHONY GOMEZ, JR. (a/k/a "Silky"),<br><br>Redacted ▮▮▮▮<br><br>THOMAS LEE WEATHERWAX (a/k/a "Wax"), | Case No.: 1:24-CR-2027-SAB<br><br>SUPERSEDING INDICTMENT<br><br>21 U.S.C. § 848,<br>Continuing Criminal Enterprise<br>(Count 1)<br><br>18 U.S.C. § 1956(h),<br>Conspiracy to Money Launder<br>(Count 2)<br><br>21 U.S.C. § 846,<br>Conspiracy to Commit a Controlled Substance Offense<br>(Counts 3-5, 16-17, 54)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C),<br>Distribution of Cocaine<br>(Counts 6-10)<br><br>18 U.S.C. §§ 922(o), 924(a)(2),<br>Unlawful Possession of a Machinegun<br>(Counts 11, 35, 46) |

SUPERSEDING INDICTMENT - 1

| | |
|---|---|
| 1 | FABIAN ARREDONDO (a/k/a "DV"), | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), Distribution of 40 Grams or More of Fentanyl (Counts 12, 13, 53) |
| 2 | PABLO ANGEL CASTELLON (a/k/a "Sapo"), |
| 3 | JACENIR AMERZUCA DASILVA (a/k/a "Serio"), |
| 4 | |
| 5 | JOSE ALFREDO RICARDO ARREDONDO (a/k/a "Papaz"), | 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), 846 Attempted Possession with Intent to Distribute 40 Grams or More of Fentanyl (Count 14) |
| 6 | JESUS ANTONIO MIRELEZ (a/k/a "Dizzy"), |
| 7 | |
| 8 | ADREAN KENDALL LAFOLLETTE (a/k/a "Hunger"), | 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846 Attempted Possession with Intent to Distribute Cocaine (Count 15) |
| 9 | LOGAN PAUL SCHECK (a/k/a "Sin"), |
| 10 | BRIAN LEE SELLERS, |
| | JAVIER MANUEL HART, SR., | 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm (Counts 18, 20, 27, 34, 42, 48) |
| 11 | MISAEL VAZQUEZ-MORENO, |
| 12 | JAZMINE RENEA HART, | 18 U.S.C. § 4, Misprision of a Felony (Count 19) |
| 13 | MARIA ESPERANZA HERMOSO (a/k/a "Maria Hermoso Gonzales"), |
| 14 | | 18 U.S.C. § 49, Unlawful Animal Fighting (Counts 21-22) |
| 15 | MAYDA IVETTE CASTELLON (a/k/a "Mayda Gonzalez"), |
| 16 | YESIKA ESCOBEDO ZARAGOZA, | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), Distribution of 400 Grams or More of Fentanyl (Count 23) |
| 17 | JOANNA ARREDONDO (a/k/a "JoAnna Gonzalez"), |
| 18 | ALEXA JOANN CARRAS-BLACKBURN, |
| 19 | FERNANDO VILLEGAS, | 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), Possession with Intent to Distribute 400 Grams or More of Fentanyl (Counts 24, 30) |
| 20 | ALEX JACOB DECKARD, |
| 21 | RUBEN ARREDONDO, |

SUPERSEDING INDICTMENT - 2

1  NICHOLAS ARREDONDO (a/k/a "Niko"),

2  JOSHUA ISAAC STINE (a/k/a "Heat"),

3  ARTHUR FRANK CARDENAS (a/k/a "Porkchop"),

4  MELISSA RENEA MIRELEZ,

5  HUGO ENRIQUE DAVADI (a/k/a "Flako"),

6  DAVID VILLEGAS,

7  SAVANNAH LYNN FLINT,

8  GRIFFIN STANTON LEWIS (a/k/a "Grib"),

9  MARCO ANTONIO GALLEGOS (a/k/a
10  "Dabz" and "Sir Loco"),

11  ADREINA SUELEIMA GALLEGOS, and

12  GABRIELA STEPHANIE MENDOZA-
   VAZQUEZ,
13
                          Defendants.

14

15

16

17

18

19

20

21

21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii),
Possession with Intent to Distribute
500 Grams or More of
Methamphetamine
(Count 25)

18 U.S.C. § 924(c)(1)(A)(i),
Possession of a Firearm in
Furtherance of Drug Trafficking
(Counts 26, 33, 38, 45, 49, 52)

18 U.S.C. §§ 922(j), 924(a)(2),
Possession of a Stolen Firearm
(Counts 28, 39, 41)

21 U.S.C. § 841(a)(1), (b)(1)(C),
Possession with Intent to Distribute
Cocaine
(Counts 29, 31, 37, 44, 51)

18 U.S.C. § 924(c)(1)(B)(ii),
Possession of a Machinegun in
Furtherance of Drug Trafficking
(Count 32)

21 U.S.C. § 841(a)(1),
(b)(1)(B)(vi),
Possession with Intent to Distribute
40 Grams or More of Fentanyl
(Counts 36, 47, 50)

18 U.S.C. §§ 922(g)(5)(A),
924(a)(8),
Alien in Possession of a Firearm
(Count 40)

21 U.S.C. § 841(a)(1), (b)(1)(C),
Possession with Intent to Distribute
Synthetic Cannabinoids (Count 43)

SUPERSEDING INDICTMENT - 3



18 U.S.C. § 1513(a)(1)(B),
Attempt to Retaliate Against a
Federal Witness
(Count 55)

18 U.S.C. § 1513(f),
Conspiracy to Retaliate Against a
Federal Witness
(Count 56)

21 U.S.C. § 853, 18 U.S.C. §
982, 7 U.S.C. § 2156(f),
18 U.S.C. § 981,
28 U.S.C. § 2461,
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by no later than the year 2023, the exact date being unknown to the Grand Jury, and continuously thereafter through and including September 19, 2024, within the Eastern District of Washington and elsewhere, the Defendants, ROBERT PATRICK HANRAHAN (a/k/a "Bubba"), RIGOBERTO ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"), TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), and JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), did unlawfully, knowingly, and intentionally engage in a continuing criminal enterprise in that the Defendants unlawfully, knowingly, and intentionally violated, 21 U.S.C. §§ 841(a)(1), 843(b), 846, which violations include but are not limited to Conspiracy to Distribute a Controlled Substance, Unlawful Use of a Communication Facility, Distribution of a

SUPERSEDING INDICTMENT - 4

Controlled Substance, Possession with Intent to Distribute a Controlled Substance, Attempted Possession with Intent to Distribute a Controlled Substance, such as the substantive violations alleged in Counts 3-10, 12-17, 23-25, 29-31, 36-37, 43-44, 47, 50, 53, and 54, which Counts and overt acts are realleged and incorporated herein by reference as though fully set forth in this Count, and which violations were part of a continuing series of violations of the Controlled Substances Act, 21 U.S.C. § 801 et seq., undertaken by the Defendants, in concert with at least five other persons with respect to whom Defendants, ROBERT PATRICK HANRAHAN (a/k/a "Bubba"), RIGOBERTO ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"), TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), and JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), occupied positions of organizer, supervisor, and any other position of management, and from which such continuing series of violations the Defendants obtained substantial income and resources; all in violation of 21 U.S.C. § 848(a), (c).

COUNT 2

Beginning on a date unknown but by on or about June 2023 and continuing until April 18, 2024, in the Eastern District of Washington and elsewhere, the Defendants, ROBERT PATRICK HANRAHAN (a/k/a "Bubba"), RIGOBERTO ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"), TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), FELIPE FELICIANO RAMIREZ (a/k/a "Casper"), MARCO ANTHONY GOMEZ (a/k/a "Silky"), THOMAS LEE WEATHERWAX

SUPERSEDING INDICTMENT - 5

(a/k/a "Wax"), FABIAN ARREDONDO (a/k/a "DV"), PABLO ANGEL CASTELLON (a/k/a "Sapo"), JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), JOANNA ARREDONDO (a/k/a "JoAnna Gonzalez"), ADREAN KENDALL LAFOLLETTE (a/k/a "Hunger"), LOGAN PAUL SCHECK (a/k/a "Sin"), JACENIR AMERZUCA DASILVA (a/k/a "Serio"), JESUS ANTONIO MIRELEZ (a/k/a "Dizzy"), BRIAN LEE SELLERS, JAZMINE RENEA HART, MARIA ESPERANZA HERMOSO (a/k/a "Maria Hermoso Gonzales"), MAYDA IVETTE CASTELLON (a/k/a "Mayda Gonzalez"), YESIKA ESCOBEDO ZARAGOZA, ALEXA JOANN CARRAS-BLACKBURN, SAVANNAH LYNN FLINT, JOSHUA ISAAC STINE (a/k/a "Heat"), RUBEN ARREDONDO, ANDREINA SUELEIMA GALLEGOS, MARCO ANTONIO GALLEGOS (a/k/a "Dabz" and "Sir Loco"), GABRIELA STEPHANIE MENDOZA-VAZQUEZ, and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other to conduct and attempt to conduct financial transactions, that is: transactions involving the movement of funds by wire and other means affecting interstate and foreign commerce, and transactions involving the use of a financial institution which is engaged in and affects interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is, a continuing criminal enterprise (in violation of 21 U.S.C. § 848) and a conspiracy to distribute controlled substances (in violation of 21

1  U.S.C. § 846), to promote the carrying on of a specified unlawful activity, in

2  violation of 18 U.S.C. § 1956(a)(1)(A)(i).

3      The Grand Jury further alleges this offense was committed during and in

4  furtherance of the continuing criminal enterprise as charged in Count 1, conspiracy

5  to distribute controlled substances as charged in the above and below, in Counts 1,

6  3-10, 12-17, 23-25, 29-31, 36-37, 43-44, 47, 50, 53, and 54.  All in violation of 18

7  U.S.C. § 1956(h).

8                          COUNT 3

9      Beginning on a date unknown, but by on or about June 2023, and continuing

10  to on or about April 18, 2024, in the Eastern District of Washington and elsewhere,

11  the Defendants, RIGOBERTO ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"),

12  TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), JOSE ALFREDO CHAVEZ

13  ARREDONDO (a/k/a "Cuyi"), MARCO ANTONIO GALLEGOS (a/k/a "Dabz"

14  and "Sir Loco"), ANDREINA SUELEIMA GALLEGOS, THOMAS LEE

15  WEATHERWAX (a/k/a "Wax"), FABIAN ARREDONDO (a/k/a "DV"), PABLO

16  ANGEL CASTELLON (a/k/a "Sapo"), JAZMINE RENEA HART, JOANNA

17  ARREDONDO (a/k/a "JoAnna Gonzalez"), and MAYDA IVETTE CASTELLON

18  (a/k/a "Mayda Gonzalez"), and other individuals, both known and unknown to the

19  Grand Jury, did knowingly and intentionally combine, conspire, confederate and

20  agree together with each other to commit the following offense: distribution of a

21  mixture or substance containing a detectable amount of synthetic cannabinoids

SUPERSEDING INDICTMENT - 7

(commonly known as "K2" or "spice"), a Schedule I controlled substance, and buprenorphine (commonly known as Suboxone), a Schedule III controlled substance, both in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), all in violation of 21 U.S.C. § 846.

COUNT 4

Beginning on a date unknown, but by on or about September 2023, and continuing to on or about April 18, 2024, in the Eastern District of Washington and elsewhere, the Defendants, RIGOBERTO ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"), JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), JOSE ALFREDO RICARDO ARREDONDO (a/k/a "Papaz"), and NICHOLAS ARREDONDO (a/k/a "Niko"), and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), all in violation of 21 U.S.C. § 846.

COUNT 5

Beginning on a date unknown, but by on or about July 2023, and continuing to on or about April 18, 2024, in the Eastern District of Washington and elsewhere, the Defendants, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), BRIAN LEE SELLERS, FELIPE FELICIANO RAMIREZ (a/k/a "Casper"), Redacted

SUPERSEDING INDICTMENT - 8

1  [Redacted], and GRIFFIN STANTON LEWIS (a/k/a "Grib"),

2  and other individuals, both known and unknown to the Grand Jury, did knowingly

3  and intentionally combine, conspire, confederate and agree together with each

4  other to commit the following offense: unlawful use of a communication facility,

5  to wit the United States Mails and United Parcel Service, to facilitate the

6  commission of a felony under the Controlled Substances Act, in violation of 21

7  U.S.C. § 843(b), all in violation of 21 U.S.C. § 846.

8  COUNT 6

9  On or about September 13, 2023, in the Eastern District of Washington, the

10  Defendants, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi") and

11  RIGOBERTO ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"), knowingly

12  distributed a mixture or substance containing a detectable amount of cocaine, a

13  Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C)

14  and 18 U.S.C. § 2.

15  COUNT 7

16  On or about September 27, 2023, in the Eastern District of Washington, the

17  Defendants, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi") and

18  RIGOBERTO ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"), knowingly

19  distributed a mixture or substance containing a detectable amount of cocaine, a

20  Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C)

21  and 18 U.S.C. § 2.

SUPERSEDING INDICTMENT - 9

COUNT 8

On or about November 1, 2023, in the Eastern District of Washington, the Defendants, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi") and RIGOBERTO ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"), knowingly distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

COUNT 9

On or about November 21, 2023, in the Eastern District of Washington, the Defendant, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), knowingly distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 10

On or about December 20, 2023, in the Eastern District of Washington, the Defendants, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi") and JOSE ALFREDO RICARDO ARREDONDO (a/k/a "Papaz"), knowingly distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

SUPERSEDING INDICTMENT - 10

COUNT 11

On or about January 1, 2024, in the Eastern District of Washington, the Defendant, JOSE ALFREDO RICARDO ARREDONDO (a/k/a "Papaz"), did knowingly possess a machinegun, that is, a machinegun conversion device installed on a firearm, such machinegun conversion device being a part which is designed and intended solely and exclusively for use in converting a weapon into a machinegun, as defined by 26 U.S.C. § 5845(b), all in violation of 18 U.S.C. §§ 922(o), 924(a)(2).

COUNT 12

On or about January 5, 2024, in the Eastern District of Washington, the Defendant, HUGO ENRIQUE DAVADI (a/k/a "Flako"), knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

COUNT 13

Beginning on December 5, 2023 and concluding on or about January 10, 2024, in the Eastern District of Washington and elsewhere, the Defendants, FELIPE FELICIANO RAMIREZ (a/k/a "Casper") and GRIFFIN STANTON LEWIS (a/k/a "Grib"), knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

SUPERSEDING INDICTMENT - 11

piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 14

On or about January 10, 2024, in the Eastern District of Washington and elsewhere, the Defendant, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), knowingly attempted to possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), 846.

## COUNT 15

On or about January 31, 2024, in the Eastern District of Washington and elsewhere, the Defendant, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), knowingly attempted to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846.

## COUNT 16

Beginning on a date unknown, but by on or about February 2024, and continuing to on or about April 18, 2024, in the Eastern District of Washington and elsewhere, the Defendants, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), JAVIER MANUEL HART SR, MISAEL VAZQUEZ-MORENO, NICHOLAS ARREDONDO (a/k/a "Niko"), JOSE ALFREDO RICARDO

SUPERSEDING INDICTMENT - 12

ARREDONDO (a/k/a "Papaz"), and JAZMINE RENEA HART, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of a 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), all in violation of 21 U.S.C. § 846.

COUNT 17

Beginning on a date unknown, but by on or March 2024, and continuing to on or about April 17, 2024, in the Eastern District of Washington and elsewhere, the Defendants, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim") and BRIAN LEE SELLERS, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of a mixture or substance containing a detectable amount of synthetic cannabinoids (commonly known as "K2" or "spice"), a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), all in violation of 21 U.S.C. § 846.

COUNT 18

On or about March 15, 2024, in the Eastern District of Washington, the Defendant, JESUS ANTONIO MIRELEZ (a/k/a "Dizzy"), knowing of his status as

SUPERSEDING INDICTMENT - 13

a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in an affecting commerce, a firearm, to wit: a Glock Model 48 9mm caliber pistol bearing serial number BUWB158, which firearm had therefore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 19

On or about March 15, 2024 and March 16, 2024, in the Eastern District of Washington, the Defendant, MELISSA RENEA MIRELEZ, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), did conceal the same by encouraging others, to include Jazmine Renea Hart, to locate and dispose of said firearm, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of 18 U.S.C. § 4.

COUNT 20

On or about April 10, 2024, in the Eastern District of Washington, the Defendant, JESUS ANTONIO MIRELEZ (a/k/a "Dizzy"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in an affecting commerce, a firearm, to wit: a Ruger Model SP101 .357 caliber revolver, bearing serial number 57141724,

SUPERSEDING INDICTMENT - 14

which firearm had therefore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 21

On or about April 7, 2024, in the Eastern District of Washington, the Defendant, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), did knowingly sponsor and exhibit an animal, to wit: one or more roosters, in an animal fighting venture, to wit: a cockfight which involved at least 2 animals for the purposes of sport, wagering and entertainment, in or affecting interstate or foreign commerce, in violation of 7 U.S.C. § 2156(a)(1) and 18 U.S.C. § 49.

COUNT 22

Beginning on a date unknown, but by on or about June 2023 and continuing to on or about April 7, 2024, in the Eastern District of Washington, the Defendants, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi") and FERNANDO VILLEGAS, did knowingly possess and train an animal, to wit: one or more roosters, for the purpose of having the animal(s) participate in an animal fighting venture, to wit:  training one or more roosters for a cockfight, which would involve at least 2 animals for the purposes of sport, wagering and entertainment, in or affecting interstate or foreign commerce, in violation of 7 U.S.C. § 2156(b) and 18 U.S.C. § 49.

COUNT 23

On or about April 14, 2024, in the Eastern District of Washington, the Defendants, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi") and JOSE ALFREDO RICARDO ARREDONDO (a/k/a "Papaz"), knowingly distributed 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2.

COUNT 24

On or about April 14, 2024, in the Eastern District of Washington, the Defendant, JAVIER MANUEL HART, SR., knowingly possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

COUNT 25

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), knowingly possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

SUPERSEDING INDICTMENT - 16

## COUNT 26

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), did knowingly possess a firearm, to wit: a Sig Sauer Model P290RS .380 auto caliber firearm bearing serial number 26C047323, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Engaging in a Continuing Criminal Enterprise, as charged in Count 1, in violation of 21 U.S.C. § 848(a), and Possession with Intent to Distribute Methamphetamine, as charged in Count 25, in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 27

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in an affecting commerce, a firearm, to wit: a Sig Sauer Model P290RS .380 auto caliber firearm bearing serial number 26C047323, which firearm had therefore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 28

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), did knowingly possess a stolen firearm, to wit: a Sig Sauer Model P290RS .380 auto caliber firearm

SUPERSEDING INDICTMENT - 17

bearing serial number 26C047323, which had been shipped and transported in interstate commerce, knowing or having reasonable cause to believe the firearm was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

## COUNT 29

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 30

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), knowingly possessed with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

## COUNT 31

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), knowingly possessed with the intent to distribute a mixture or substance containing a

detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 32

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), did knowingly possess a machinegun, to wit: a machinegun conversion device which is designed and intended solely and exclusively for use in converting a weapon into a machinegun, as defined by 26 U.S.C. § 5845(b), installed on a Glock Model 26, 9mm pistol bearing serial number PRS104, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Engaging in a Continuing Criminal Enterprise, as charged in Count 1, in violation of 21 U.S.C. § 848(a) as well as Possession with Intent to Distribute Fentanyl, as charged in Count 30 and Possession with Intent to Distribute Cocaine, as charged in Count 31, both in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(B)(ii).

COUNT 33

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), did knowingly possess a firearm, to wit: a Glock Model 26, 9mm pistol bearing serial number PRS104, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Engaging in a Continuing

Criminal Enterprise, as charged in Count 1, in violation of 21 U.S.C. § 848(a) as well as Possession with Intent to Distribute Fentanyl, as charged in Count 30 and Possession with Intent to Distribute Cocaine, as charged in Count 31, both in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 34

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in an affecting commerce, firearms, to wit: a Glock Model 26, 9mm pistol bearing serial number PRS104, a Savage Model Mark II .22 caliber rifle bearing serial number 2243734, and a Remington Arms Company Model 572 .22 caliber rifle bearing no serial number, which firearms had therefore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 35

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), did knowingly possess a machinegun, that is, a machinegun conversion device installed on a Glock Model 26, 9mm pistol bearing serial number PRS104, such machinegun conversion device being a part which is designed and intended solely

SUPERSEDING INDICTMENT - 20

and exclusively for use in converting a weapon into a machinegun, as defined by 26 U.S.C. § 5845(b), all in violation of 18 U.S.C. §§ 922(o), 924(a)(2).

COUNT 36

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, NICHOLAS ARREDONDO (a/k/a "Niko"), knowingly possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

COUNT 37

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, NICHOLAS ARREDONDO (a/k/a "Niko"), knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 38

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, NICHOLAS ARREDONDO (a/k/a "Niko"), did knowingly possess a firearm, to wit: an HS Produkt Model XD40 Sub Compact .40 caliber pistol bearing serial number GM14569, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with

SUPERSEDING INDICTMENT - 21

1    Intent to Distribute Fentanyl as charged in Count 36, and Possession with Intent to

2    Distribute Cocaine as charged in Count 37, each offense in violation of 21 U.S.C. §

3    841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

4                                              COUNT 39

5         On or about April 18, 2024, in the Eastern District of Washington, the

6    Defendant, NICHOLAS ARREDONDO (a/k/a "Niko"), did knowingly possess a

7    stolen firearm, to wit: an HS Produkt Model XD40 Sub Compact .40 caliber pistol

8    bearing serial number GM14569, which had been shipped and transported in

9    interstate commerce, knowing or having reasonable cause to believe the firearm

10   was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

11                                             COUNT 40

12        On or about April 18 2024, in the Eastern District of Washington, the

13   Defendant, MISAEL VAZQUEZ-MORENO, knowing of his status as a person

14   without lawful authority to be in the United States, did knowingly and intentionally

15   possess in and affecting commerce, firearms and ammunition, to wit: a Rock Island

16   Armory Model M1911 A1-FS 9mm caliber pistol bearing serial number

17   RIA2382929, a Ruger Model 10-22 rifle bearing serial number 122-47198 and at

18   least one round of  ammunition displaying headstamps WIN 9mm, SIG 38 Super,

19   Hornady 40S&W, R-P Luger 9mm, SIG 40mm, Tulammo 7.62x39, or Barnaul

20   7.62x39, which firearms and ammunition had therefore been transported in

21

SUPERSEDING INDICTMENT - 22

interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8).

## COUNT 41

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, MISAEL VAZQUEZ-MORENO, did knowingly possess a stolen firearm, to wit: Ruger Model 10-22 rifle bearing serial number 122-47198, which had been shipped and transported in interstate commerce, knowing, or having reasonable cause to believe, the firearm was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

## COUNT 42

On or about April 18 2024, in the Eastern District of Washington, the Defendant, JACENIR AMERZUCA DASILVA (a/k/a "Serio"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in an affecting commerce, a firearms, to wit: a Sig Sauer Model P226 9mm pistol bearing serial number 47E039915, a SCCY CPX-2 9mm pistol bearing serial number 882220 and a stolen KAHR Arms TP45 .45 caliber pistol bearing serial number SP1312, which firearms had therefore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

SUPERSEDING INDICTMENT - 23

COUNT 43

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, JAZMINE RENEA HART, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of synthetic cannabinoids (commonly known as "K2" or "spice"), a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 44

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, DAVID VILLEGAS, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 45

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, DAVID VILLEGAS, did knowingly possess firearms, to wit: a FN Herstal Model Five-Seven .57 caliber pistol bearing serial number 386412386, a Colt Model Competition .38 caliber pistol bearing serial number 38SCC1454, a Colt Model Gold Cup .45 caliber pistol bearing serial number GCT46771, a Glock Model 20 10mm pistol bearing serial number BRCE595 and a Glock Model 17, 9mm pistol bearing serial number DDG705US, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit:

SUPERSEDING INDICTMENT - 24

Possession with Intent to Distribute Cocaine, as charged in Count 44, in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 46

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, DAVID VILLEGAS, did knowingly possess a machinegun, that is, a machinegun conversion device installed on a Glock Model 17, 9mm pistol bearing serial number DDG705US, such machinegun conversion device being a part which is designed and intended solely and exclusively for use in converting a weapon into a machinegun, as defined by 26 U.S.C. § 5845(b), all in violation of 18 U.S.C. §§ 922(o), 924(a)(2).

COUNT 47

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, HUGO ENRIQUE DAVADI (a/k/a "Flako"), knowingly possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

COUNT 48

On or about April 18 2024, in the Eastern District of Washington, the Defendant, HUGO ENRIQUE DAVADI (a/k/a "Flako"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess in an affecting commerce, a firearm, to wit: a HS Produkt XD45 .45 caliber pistol bearing serial number XS5311286, which firearm had therefore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 49

On or about April 18, 2024, in the Eastern District of Washington, the Defendant, HUGO ENRIQUE DAVADI (a/k/a "Flako"), did knowingly possess a firearm, to wit: a HS Produkt XD45 .45 caliber pistol bearing serial number XS5311286, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Fentanyl, as charged in Count 47, in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 50

On or about April 23, 2024, in the Eastern District of Washington, the Defendant, ALEX JACOB DECKARD, knowingly possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

COUNT 51

On or about April 23, 2024, in the Eastern District of Washington, the Defendant, ALEX JACOB DECKARD, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 52

On or about April 23, 2024, in the Eastern District of Washington, the Defendant, ALEX JACOB DECKARD, did knowingly possess a firearm, that is: a Ruger Model Security-9, 9mm caliber pistol, bearing serial number 386-69579, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Fentanyl, as charged in Count 50 and Possession with Intent to Distribute Cocaine, as charged in Count 51, each offense in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 53

On or about August 16, 2023, in the Eastern District of Washington, the Defendant, JOSHUA ISAAC STINE (a/k/a "Heat), knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2.

SUPERSEDING INDICTMENT - 27

COUNT 54

Beginning on a date unknown, but by on or about June 1, 2023, and continuing to on or about August 16, 2023, in the Eastern District of Washington and elsewhere, the Defendant, JOSHUA ISAAC STINE (a/k/a "Heat"), and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), all in violation of 21 U.S.C. § 846.

COUNT 55

Beginning on a date unknown but by on or about May 2023, continuing to on or about September 19, 2024, in the Eastern District of Washington and elsewhere, the Defendants, ARTHUR FRANK CARDENAS (a/k/a "Porkchop"), JACENIR AMEZCUA DA SILVA (a/k/a "Serio"), and JOSHUA ISAAC STINE (a/k/a "Heat"), did attempt to kill Confidential Informant 1 with the intent to retaliate against Confidential Informant 1 for providing to a law enforcement officer information relating to the commission of a federal offense, in violation of 18 U.S.C. § 1513(a)(1)(B) and 18 U.S.C. § 2.

SUPERSEDING INDICTMENT - 28

COUNT 56

Beginning on a date unknown but by on or about May 2023, continuing to on or about September 19, 2024, in the Eastern District of Washington and elsewhere, the Defendants, ARTHUR FRANK CARDENAS (a/k/a "Porkchop"), JACENIR AMEZCUA DA SILVA (a/k/a "Serio"), and JOSHUA ISAAC STINE (a/k/a "Heat") and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: attempt to kill a witness in retaliation, in violation of 18 U.S.C. § 1513(a)(1)(B); all in violation of 18 U.S.C. § 1513(f) and 18 U.S.C. § 2.

PRIOR SERIOUS DRUG FELONY

Rigoberto Escobedo Gonzalez (a/k/a "Crazy Thugg")

Before Defendant, RIGOBERTO ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"), committed the above offense(s), he had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Possession of a Controlled Substance with Intent to Deliver, in violation of Rev. Code Wash. § 69.50.401(1), in the Yakima County Superior Court, Case No. 12-1-00076-5, and having served a term of imprisonment for that offense exceeding 12 months and having been released from imprisonment within 15 years of the commencement of the instant offense(s).

<u>Travis Michael McGuire (a/k/a "Slim")</u>

Before Defendant, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), committed the above offense(s), he had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), in the United States District Court for the Eastern District of Washington, Case No. 2:08-CR-00176-LRS, and having served a term of imprisonment for that offense exceeding 12 months and having been released from imprisonment within 15 years of the commencement of the instant offense(s).

<u>Hugo Enrique Davadi (a/k/a "Flako")</u>

Before Defendant, HUGO ENRIQUE DAVADI (a/k/a "Flako"), committed the above offense(s), he had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), in the United States District Court for the Eastern District of Washington, Case No. 2:11-CR-02041-RMP, and having served a term of imprisonment for that offense exceeding 12 months and having been released from imprisonment within 15 years of the commencement of the instant offense(s).

<u>Javier Manuel Hart Sr.</u>

Before Defendant, JAVIER MANUEL HART SR., committed the above offense(s), he had a final conviction for a serious drug felony, as defined in 21

SUPERSEDING INDICTMENT - 30

U.S.C. § 802(57), to wit: Possession with Intent to Distribute a Methamphetamine and Possession with Intent to Distribute Cocaine, both in violation of 21 U.S.C. § 841(a)(1), in the United States District Court for the Eastern District of Washington, Case No. 2:09-CR-02014-FVS, and having served a term of imprisonment for those offenses exceeding 12 months and having been released from imprisonment within 15 years of the commencement of the instant offense(s).

<u>Joshua Isaac Stine (a/k/a "Heat")</u>

Before Defendant, JOSHUA ISAAC STINE (a/k/a "Heat"), committed the above offense(s), he had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Distribution of 50 Grams or More of Actual (Pure) Methamphetamine and Possession with Intent to Distribute 500 Grams or More of Methamphetamine, both in violation of 21 U.S.C. § 841(a)(1), in the United States District Court for the Eastern District of Washington, Case No. 2:19-CR-000111-WFN, and having served a term of imprisonment for those offenses exceeding 12 months and having been released from imprisonment within 15 years of the commencement of the instant offense(s).

<u>Griffin Stanton Lewis (a/k/a "Grib")</u>

Before Defendant, GRIFFIN STANTON LEWIS (a/k/a "Grib"), committed the above offense(s), he had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Distribution of Cocaine Base (Crack) and Possession with Intent to Distribute Cocaine Base (Crack), in violation of 21

SUPERSEDING INDICTMENT - 31

1   U.S.C. § 841(a)(1), in the United States District Court for the Eastern District of

2   North Carolina, Case No. 7:18-CR-92-1BO, and having served a term of

3   imprisonment for those offenses exceeding 12 months and having been released

4   from imprisonment within 15 years of the commencement of the instant offense(s).

5                                    Brian Lee Sellers

6       Before Defendant, BRIAN LEE SELLERS, committed the above offense(s),

7   he had a final conviction for a serious drug felony, as defined in 21 U.S.C. §

8   802(57), to wit: Possession with Intent to Distribute Heroin, in violation of 21

9   U.S.C. § 841(a)(1), in the United States District Court for the Eastern District of

10  Washington, Case No. 2:12-CR-0049-SAB, and having served a term of

11  imprisonment for that offense exceeding 12 months and having been released from

12  imprisonment within 15 years of the commencement of the instant offense(s).

13                      Felipe Feliciano Ramirez (a/k/a "Casper")

14      Before Defendant, FELIPE FELICIANO RAMIREZ (a/k/a "Casper"),

15  committed the above offense(s), he had a final conviction for a serious drug felony,

16  as defined in 21 U.S.C. § 802(57), to wit: Possession with Intent to Distribute

17  Cocaine and Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), in the

18  United States District Court for the Eastern District of California, Case No. 1:11-

19  CR-00354-JLT-44, and having served a term of imprisonment for that offense

20  exceeding 12 months and having been released from imprisonment within 15 years

21  of the commencement of the instant offense(s).

SUPERSEDING INDICTMENT - 32

1

<u>Robert Patrick Hanrahan (a/k/a "Bubba")</u>

Before Defendant, ROBERT PATRICK HANRAHAN (a/k/a "Bubba"),

committed the above offense(s), he had a final conviction for a serious drug felony,

as defined in 21 U.S.C. § 802(57), to wit: Possession with Intent to Distribute

Methamphetamine, Cocaine, and Marijuana, in violation of 21 U.S.C. § 841(a)(1),

in the United States District Court for the Eastern District of California, Case No.

2:11-CR-00119-WBS, and having served a term of imprisonment for that offense

exceeding 12 months and having been released from imprisonment within 15 years

of the commencement of the instant offense(s).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Superseding Indictment are hereby realleged

and incorporated by reference for the purpose of alleging forfeitures.

<u>Controlled Substance Violations</u>

Pursuant to 21 U.S.C. § 853 and/or 21 U.S.C. § 848(a), upon conviction of

an offense(s) in violation of 21 U.S.C. § 848 and/or 21 U.S.C. § 841 and/or 21

U.S.C. 846, and/or 21 U.S.C. § 843, as set forth in this Superseding Indictment, the

Defendants ROBERT PATRICK HANRAHAN (a/k/a "Bubba"), RIGOBERTO

ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"), FELIPE FELICIANO

RAMIREZ (a/k/a "Casper"), TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"),

JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), [Redacted]

[Redacted], THOMAS LEE WEATHERWAX (a/k/a "Wax"),

SUPERSEDING INDICTMENT - 33

FABIAN ARREDONDO (a/k/a "DV"), PABLO ANGEL CASTELLON (a/k/a "Sapo"), JOSE ALFREDO RICARDO ARREDONDO (a/k/a "Papaz"), BRIAN LEE SELLERS, JAVIER MANUEL HART, SR., MISAEL VAZQUEZ-MORENO, JAZMINE RENEA HART, MAYDA IVETTE CASTELLON (a/k/a "Mayda Gonzalez"), YESIKA ESCOBEDO ZARAGOZA, JOANNA ARREDONDO (a/k/a "JoAnna Gonzalez"), ALEXA JOANN CARRAS-BLACKBURN, ALEX JACOB DECKARD, NICHOLAS ARREDONDO (a/k/a "Niko"), JOSHUA ISAAC STINE (a/k/a "Heat"), HUGO ENRIQUE DAVADI (a/k/a "Flako"), DAVID VILLEGAS, GRIFFIN STANTON LEWIS (a/k/a "Grib"), MARCO ANTONIO GALLEGOS (a/k/a "Dabz" and "Sir Loco") and ANDREINA SUELEIMA GALLEGOS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

*Rigoberto Escobedo Gonzalez (a/k/a "Crazy Thugg")*

- $3,201.79 U.S. currency

*Travis Michael McGuire (a/k/a "Slim")*

- $9,015.44 U.S. currency; and,

- $15,624.13 U.S. currency

SUPERSEDING INDICTMENT - 34

*Jose Alfredo Chavez Arredondo (a/k/a "Cuyi")*

Real property known as 191 Buena Loop Road, Zillah, Washington, legally described as follows:

> The East 330 feet of the West 528 feet of the South half of the Northeast Quarter of the Southeast Quarter of Section 21, Township 11 North, Range 20, E.W.M. EXCEPT the South 25 feet for Road
>
> Assessor's Tax Parcel No.: 201121-41024
>
> Together with all appurtenances, fixtures, attachments and improvements thereto and thereupon.
>
> Subject to all easements, restrictions, reservations and covenants of record.

*Misael Vazquez-Moreno*

- $10,012.48 U.S. currency

*David Villegas*

- $86,091.00 U.S. currency

- a FN Herstal Model Five-Seven .57 caliber pistol bearing serial number 386412386,

- a FN Herstal Model Five-Seven .57 caliber pistol bearing serial number 386388291,

- a Colt Model Competition .38 caliber pistol bearing serial number 38SCC1454,

- a Colt Model Gold Cup .45 caliber pistol bearing serial number GCT46771,

- a Glock Model 20 10mm pistol bearing serial number BRCE595, and,

- a Glock Model 19 9mm pistol bearing serial number BRYN930

SUPERSEDING INDICTMENT - 35

*Alex Jacob Deckard*

- a Ruger Model Security-9, 9mm caliber pistol, bearing serial number 386-69579, and ammunition.

<u>Money Laundering Violations</u>

Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of an offense in violation of 18 U.S.C. § 1956(h), as set forth in this Superseding Indictment, the Defendants, ROBERT PATRICK HANRAHAN (a/k/a "Bubba"), RIGOBERTO ESCOBEDO GONZALEZ (a/k/a "Crazy Thugg"), TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), FELIPE FELICIANO RAMIREZ (a/k/a "Casper"), MARCO ANTHONY GOMEZ (a/k/a "Silky"), THOMAS LEE WEATHERWAX (a/k/a "Wax"), FABIAN ARREDONDO (a/k/a "DV"), PABLO ANGEL CASTELLON (a/k/a "Sapo"), JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), JOANNA ARREDONDO (a/k/a "JoAnna Gonzalez"), ADREAN KENDALL LAFOLLETTE (a/k/a "Hunger"), LOGAN PAUL SCHECK (a/k/a "Sin"), JACENIR AMERZUCA DASILVA (a/k/a "Serio"), JESUS ANTONIO MIRELEZ (a/k/a "Dizzy"), BRIAN LEE SELLERS, JAZMINE RENEA HART, MARIA ESPERANZA HERMOSO (a/k/a "Maria Hermoso Gonzales"), MAYDA IVETTE CASTELLON (a/k/a "Mayda Gonzalez"), YESIKA ESCOBEDO ZARAGOZA, ALEXA JOANN CARRAS-BLACKBURN, JOSHUA ISSAC STINE (a/k/a "Heat"), SAVANNAH LYNN FLINT, RUBEN ARREDONDO, MARCO ANTONIO GALLEGOS (a/k/a "Dabz" and "Sir Loco"), ANDREINA

SUPERSEDING INDICTMENT - 36

SUELEIMA GALLEGOS and GABRIELA MENDOZA- VAZQUEZ, shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to:

*Maria Esperanza Hermoso (a/k/a "Maria Hermoso Gonzales")*

- $7,673.31 U.S. Currency

*Travis Michael McGuire (a/k/a "Slim")*

- $9,015.44 U.S. Currency; and,

- $15,624.13 U.S. Currency

If any of the property described above, because of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as well as 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

SUPERSEDING INDICTMENT - 37

Firearms Violations

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922(g)(1), 924 (a)(8), 18 U.S.C. § 924(c)(1)(A), 18 U.S.C. §§ 922(j), 924(a)(2), 18 U.S.C. §§ 922(o), 924(a)(2), 18 U.S.C. § 924(c)(1)(B)(ii), 18 U.S.C. §§ 922(g)(5), 924(a)(8), 18 U.S.C. § 924(c)(1)(A), as set forth in this Superseding Indictment, Defendants, TRAVIS MICHAEL MCGUIRE (a/k/a "Slim"), JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi"), JACENIR AMERZUCA DASILVA (a/k/a "Serio") JESUS ANTONIO MIRELEZ (a/k/a "Dizzy"), MISAEL VAZQUEZ-MORENO, ALEX JACOB DECKARD, NICHOLAS ARREDONDO (a/k/a "Niko"), HUGO ENRIQUE DAVADI (a/k/a "Flako"), and DAVID VILLEGAS, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

*Jesus Antonio Mirelez (a/k/a "Dizzy")*

- a Glock Model 48 9mm caliber pistol bearing serial number BUWB158; and any and all ammunition

*David Villegas*

- a FN Herstal Model Five-Seven .57 caliber pistol bearing serial number 386412386,

- a FN Herstal Model Five-Seven .57 caliber pistol bearing serial number 386388291,

- a Colt Model Competition .38 caliber pistol bearing serial number 38SCC1454,

SUPERSEDING INDICTMENT - 38

- a Colt Model Gold Cup .45 caliber pistol bearing serial number GCT46771,

- a Glock Model 20 10mm pistol bearing serial number BRCE595, and,

- a Glock Model 19 9mm pistol bearing serial number BRYN930

*Alex Jacob Deckard*

- a Ruger Model Security-9, 9mm caliber pistol, bearing serial number 386-69579, and ammunition.

## Unlawful Animal Fighting

Pursuant to 7 U.S.C. § 2156(f) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 7 U.S.C. § 2156 and 18 U.S.C. § 49, as set forth in this Indictment, the Defendant, JOSE ALFREDO CHAVEZ ARREDONDO (a/k/a "Cuyi") and FERNANDO VILLEGAS, shall forfeit to the United States of America any animal involved in the violations.

DATED this ___ day of October 2024.

A TRUE BILL


_____
Foreperson


_____
Vanessa R. Waldref
United States Attorney

*(signature)*

Caitlin Baunsgard
Assistant United States Attorney

_____
Benjamin Seal
Assistant United States Attorney

SUPERSEDING INDICTMENT - 39